In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-13-00094-CR
_____

## LISA MINCHEW, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause No. 06-08-07424 CR**

## MEMORANDUM OPINION

Lisa Minchew has filed a motion to dismiss her appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Opinion Delivered October 30, 2013
Do Not Publish
Before McKeithen, C.J., Kreger and Horton, JJ.

1